UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BENJAMIN COX, | : | |
| | : | |
| Petitioner, | : | Civil Action No. 08-2655 (FSH) |
| | : | |
| v. | : | **MEMORANDUM** |
| | : | **ORDER** |
| MICHELLE RICCI, et al., | : | |
| | : | |
| Respondents. | : | |

IT APPEARING THAT:

1. On April 29, 2008, Petitioner filed his instant Petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254(a), and submitted due filing fee.  See Docket Entry No. 1.

2. On June 10, 2008, the Court dismissed the Petition as partially unexhausted.  See Docket Entry No. 2.

3. On July 31, 2008, the Clerk received a letter from Petitioner notifying the Court that Petitioner wishes to delete his unexhausted grounds and have the Court rule on the remainder of his Petition.  See Docket Entry No. 4.

   IT IS, therefore, on this 26th day of August, 2008

   ORDERED that the Clerk shall reopen this matter for the purposes of the Court's examination of Petitioner's application.

                                        S/Faith S. Hochberg
                                        **FAITH S. HOCHBERG**
                                        **United States District Judge**